Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

United States Courts
Southern District of Texas
F I L E D

APR 01 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

for the

Southern District of Texas

Division

| | | |
|---|---|---|
| Headley E. Murray | ) | Case No. 19-1181 |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) | |
| Harris County Sherrifs Department | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Headley E. Murray |
| Address | 4823 Gleneagles Drive |
| | Houston    TX    77084 |
| | *City    State    Zip Code* |
| County | Harris |
| Telephone Number | (281) 451-8102 |
| E-Mail Address | helism@gmail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harris County Sherrifs Department |
| Job or Title *(if known)* | |
| Address | 1200 Baker Street |
| | Houston    Texas    77002 |
| | *City    State    Zip Code* |
| County | Harris |
| Telephone Number | (713) 221-6000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

    Name
    Job or Title *(if known)*
    Address

    *City    State    Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name
    Job or Title *(if known)*
    Address

    *City    State    Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

                     *City*            *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)
      ☒ State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      11.05[C] the free exercise of religious belief with respect to diet and 11.11 in that no meals were provided to in order to maintain strength nor were alternatives provided for religious reasons.

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

      The first amendment prohibits the free exercise of religion, and as such my rights were violated in that I was not allowed to that which my religion dictates. As a result of that violation, I was in custody of the Harris County Sheriffs Department for over 24 hours without food which indicates a violation of my rights and reflects an act of indimidation and tourture on the part of said department.

   D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

      I requested food, as dictated by my religion from several officers and I was told that I would be accomodated. Throughout the duration of being in custody, I was not afforded that accomodation.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Harris County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

April 10, 2017 8PM CST - April 12, 2017 early morning.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was held in custody by the Harris County Sheriffs Department for over 24 hours without food appropriate to my religious belief. I was arrested at my home around 8 PM CST on 4/10/17 and was later transported to the Harris County Jail and was not release until the morning of 4/12/17. I reported it to Internal Appairs who supposedly investigated the issue. There were three officers that I made the request to for food to accommodate my religious beliefs.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Duress. For months I lack of energy to do much of anything. I have difficulty making decisions and keeping track of things. I feel on edge and I have difficulty getting to sleep. I was told that I would benefit from therapy, as would my entire family.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting $500,000 for non-economic losses and $750,000 for punitive damages as a result of emotional pain, and anxiety and stress.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/1/2019

Signature of Plaintiff *[signature]*
Printed Name of Plaintiff    Headley Murray

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                *City*           *State*    *Zip Code*

Telephone Number
E-mail Address